**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Tricia Gilford v. The State of Texas

Appellate case number:     01-15-00025-CR & 01-15-00026-CR

Trial court case number:    13-15952 & 13-15953

Trial court:                 Criminal District Court of Jefferson County

On March 3, 2015, appellant's appointed appellate counsel, Thomas J. Burbank, filed a motion to withdraw with a brief in each of the above-referenced appeals concluding that each appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008).[1] Appellant, acting *pro se*, has filed a motion requesting a copy of the appellate record for her response *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the record to the appellant is made. Finally, appellant's response to her appointed counsel's brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   ☑ Acting individually     ☐ Acting for the Court
Date: April 16, 2015

---

[1] Pursuant to the Texas Supreme Court's docket equalization powers, these appeals were transferred from the Ninth Court of Appeals to this Court on January 8, 2015. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 14-9246 (Tex. Dec. 15, 2014).